**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| John Halphen Jr., <br><br> *Debtor*. | Case No. 24-12244-amc <br> Chapter 13 |

**Order Granting Motion to Determine Value of Property**

And now, after consideration of the Motion to Determine Value of Property filed by Debtor John Halphen Jr., the court finds that:

A. Notice of the Motion and opportunity for hearing was properly served on First National Bank of Pennsylvania by the Debtor.

B. The replacement value of the 2021 Honda Ridgeline, VIN 5FPYK3F13MB000877 ("the Car"), without deducting costs of sale or marketing, was $23,644.00 on June 28, 2024, and a retail merchant would charge that amount for the Car on this date based on its age and condition.

For those reasons, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Claim No. 1 is modified as follows:

   Secured.................................................................................................$20,876.32

   Priority Unsecured ........................................................................................$0.00

   Non-Priority Unsecured ...........................................................................$5,578.50

   Total Claim Amount.............................................................................$26,454.82

3. The secured component of Claim No. 1 must be paid at an interest rate of 6.62%.

**Date: December 19, 2024**

*[signature]*

Ashely M. Chan
Chief U.S. Bankruptcy Judge