**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| John Halphen Jr., <br><br> *Debtor*. | Case No. 24-12244-amc <br> Chapter 13 |

**Order Granting Motion to Determine Value of Property**

And now, after consideration of the Motion to Determine Value of Property filed by Debtor John Halphen Jr., the court finds that:

A. Notice of the Motion and opportunity for hearing was properly served on American Heritage Credit Union by the Debtor.

B. The replacement value of the 2018 Chrysler Pacifica, VIN 2C4RC1EG7JR353952 ("the Car"), without deducting costs of sale or marketing, was $12,737.00 on June 28, 2024, and a retail merchant would charge that amount for the Car on this date based on its age and condition.

For those reasons, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Claim No. 17 is modified as follows:

   Secured ................................................................................................$10,636.56

   Priority Unsecured .......................................................................................$0.00

   Non-Priority Unsecured ............................................................................$6,497.03

   Total Claim Amount ................................................................................$17,133.59

3. The secured component of Claim No. 17 must be paid at an interest rate of 6.62%.

Date: December 19, 2024

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge